UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FILED

2022 JUL 21 PM 2:49

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

~~Plaintiff~~ MARLON L. SAPP

V.

05-2011-CA-052170

6:22-cv-1286-PGB-EJK

Titusville Sheriff Department

## CIVIL — COLLATERAL
## AMENDED   ESTOPPER

THE PLAINTIFF by and truely Pro-se counsel and pursuant to Rules of Civ Proc. 1.050 - under the malicious act, also use of process maliciously, under Discharge & Release act, under Retaliatory Anious Procedures, Laws, ordiance, the etc., under Enforcements of my Rights Act. (Fla. Const. Art-III § 3(c)(1), under Foreseeability Risk the Breach of duty control procedures, Rules, ordiance, the etc., under Misforturn of Innocent Act, I am filing this complaint - moves this court, to file this motion

A-
1

As Grounds in support of this motion are —

## ACTION(S) OF CAUSE

Violation(s) of 4th Amendment, violations of statutory rights, that injury caused deprivation of rights, privilege(s) or immunities secured by constitutional Laws of the Land, acted with knowledge, conduct that violate's clearly establish Law, ordiance, Rules of procedures, the etc., pre-existing Law that only a plainly incompetent public officer would do-detention that was unreasonable and unwarranted under the circumstances - there is material controversy as to the facts by these Public/state officers, relied in making an arrest in Sept. 2008, the existence of duty on part(s) of defendant(s) created damages to the Plaintiff and was the Proximate cause of injuries, due to the combination with other damages such as the negligenting acts of another associate - the fact of public gaze, especially under false arrest or imprisonment entrapment as precluding justification of arrest or imprisonment, under conspiracy to interfere with CIVIL RIGHTS, under police public, Investigation, or Law Enforcement of the CIVIL RIGHT CONST. of harrassment Law, Rules, ordiance, procedures, the etc, under manipalative, Deceptive and fraud liablities of the securities Regulation Laws, Rules, ordiance, procedures, treaties, the etc., under worthless check doctrine plus proof doctrine of false Pretense Rules, Laws, ordiance, the etc., under the cause and action violation's of pretrial - procedures.

B-                                  1 cont.

# ACTION(S) OF CAUSE

Under the element's, plus school policies the violation of TRESPASSING Laws, Procedures, Rules, ordinance, treaties, the etc., under scheming to defraud statue's, under intent, malice or good faith doctrine from libel and slander constitutional Laws, procedures, Rules, treaties, the etc., under FRAUD and CONSPIRACY statues of the law, the etc., under subjective/objective entrapment and improper arrest warrant procedures and Laws, the PERSONAL PIRVACY doctrine plus Rules, the etc. — Probable cause, supported by oath or affirmation was not particularly described Persons, place or thing to be seized

C-

Defendant/Detective was not equal to plaintiff/respondent rights were not offered to him before Defendant/Detective interrogation/ask questions, Defendant/Detective particular facts shown spontaneous questioning to Plaintiff/Respondent and I quote from Defendant/Detective "where are the condoms, those two people that were over here - the girl and the guy" Defendant/Detective did not listen to the Plaintiff/respondent when Plaintiff/Respondent said and I quote from my voice "I do not know what you are talking about" Defendant/Detective did not relinquish his detention of Plaintiff/Respondent or abandon his attempt interrogation/questioning instead Defendant/Detective offered Plaintiff/Respondent collateral and/or bribery of 3mths 3yrs 3decades down the road after Plaintiff/Respondent quoted 3 times, and I quote from my voice "I do not know what you are talking about" after 3 complete sentence's from Defendant/Detective that should have been on video, police report and/or audio tape.

Under these statutes Defendant/Detective have violated Plaintiff/Respondent constitution and civil privileges, by law, ordinance's, treaty and/or Rule: Section §01.02 — §395.0193 — §752.01(6)(d) — §810.097(2) — §12.750 — §403.413 — §934.03 — §90.404(1) — §901.36(1) — §812.12 — §83 — 11336, §12

## A failure to Protect

I will criminalize these people or person under the following information: These are the following reasons I should be free, as a individual under the constitution of the united States, I should be free under due respect, under any and all constitutional laws, treaties, ordinance's and/or rule, I should be free — under the developments of fraud by local law enforcement and state employee's — under the clause of Grandfather these power, benefits and/or privileges that strongly suggest these violations — under the reason states attorney's has no right to keep their cloak, laws — under any and all entrapments, infringements, illegal incarcerations, false imprisonments by the laws of Double jeopardy and/or excessive punishment last but not least under ample damages, monetary reliefs, exemplary damages, under punitive damages that may come about due to the Grandfather clause.

I will sue, I will prosecute. I will hold them accountable for violation's mainly cause of these civil and constitutional laws, and more,

D -

2

<u>The (Local Law) Public/state official allege acts were committed under color of Law</u>

# RELIEF

42,000,000 or more for punitive damage, 42,000,000 or more for compensatory damages, 5,000,000 or more for exemphory damages for violations of the constitution, 42,000,000 or more for compensatory damages, 5,000,000 or more for exemphory damage for violation of civil Rights, 32,000,000 or more for compensatory damages, 5,000,000 for exemplary damage for false arrest - 32,000,000 or more for punitive damages, 32,000,000 or more for compensatory damages, 32,000,000 or more for exemplary damages for false imprisonment, 32,000,000 or more for punitive damages, 32,000,000 or more compensatory damages, 5,000,000 or more for malicious prosecution, 32,000,000 or more for punitive damages, 32,000,000 or more for compensatory damages, 5,000,000 or more exemplary damages for embarrassment - humilation and Deprivation of liberty, 33,000,000 or better for punitive damages, 33,000,000 or more compensatory damages, 5,000,000 or better exemplary damages for loss of time at work and school - phyical inconvenience and injury to feelings, 33,000,000 or more for punitive damages, 33,000,000 or more for compensatory damages, 5,000,000 or more for exemplary damages for Discrimination of any and all Laws, statutes, ordinance, regulation, Rules or order of state

E-

Case 6:22-cv-01286-PGB-EJK   Document 1   Filed 07/21/22   Page 6 of 6 PageID 6

# RELIEF

PLAINTIFF/RESPONDANT - demands judgement in the amount within the jurisdiction of this court in the sum of 700,000 to 700,000,000 any other RELIEF court deems proper

Respectfully Submitted

/S/ *Marlon L Jay*